United States District Court
for the District of New Jersey

_____
                                                    :
**UNITED STATES OF AMERICA**                        :
                                                    :    Crim. No 11-595
            Plaintiff                               :
                                                    :
        vs.                                         :    Order of Reassignment
                                                    :
**NASHAUN ROBERTS**                                 :
                                                    :
            Defendant                               :
_____        :

It is on this 17th day of October 2011,

O R D E R E D that the entitled action is reassigned

from Judge Dennis M. Cavanaugh to Judge Esther Salas.


                                        S/Garrett E. Brown, Jr.
                                   Garrett E. Brown, Jr., Chief Judge
                                   United States District Court